# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SEAN P. MORIARTY, | : | No. 155 MM 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOHN E. WETZEL, SECRETARY OF | : | |
| CORRECTIONS; PENNSYLVANIA | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2015, the Petition for Leave to File Notice of Appeal *Nunc Pro Tunc* is **DENIED**.